**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-7032**

_____

ANDRA B. JAMISON,

                Petitioner - Appellant,

     v.

WARDEN PEEPLES,

                Respondent - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Henry M. Herlong, Jr., Senior District Judge.  (9:23-cv-03401-JDA)

_____

Submitted:  July 24, 2025                                   Decided:  July 28, 2025

_____

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Andra B. Jamison, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andra B. Jamison seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on Jamison's 28 U.S.C. § 2254 petition. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists could find the district court's assessment of the constitutional claims debatable or wrong. *See Buck v. Davis*, 580 U.S. 100, 115-17 (2017).

We have independently reviewed the record and conclude that Jamison has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*